```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SKYE ORTHOBIOLOGICS, LLC, HUMAN REGENERATIVE TECHNOLOGIES, LLC,

                Plaintiff,

-against-

TOMMI PRVULOVICH, M.D.,

                Defendant.

**ORDER SCHEDULING DISCOVERY CONFERENCE**

22-MC-0139 (RA)(KHP)

---

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes and Dispositive Motion (ECF. No. 7). A Discovery Conference on the motion to compel will be held on **Thursday, July 14, 2022 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   June 1, 2022
           New York, New York

                                                *Katharine H. Parker*
                                                _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge