```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SKYE ORTHOBIOLOGICS, LLC, HUMAN
REGENERATIVE TECHNOLOGIES, LLC,

                    Plaintiff,

-against-

TOMMI PRVULOVICH, M.D.,

                    Defendant.

**ORDER**

22-MC-0139 (RA)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the voluntary dismissal filed in this action (ECF No. 12), the discovery conference scheduled for Thursday, July 14, 2022, at 3:00 p.m. is adjourned sine die.

**SO ORDERED.**

Dated:   July 13, 2022
           New York, New York

*[signature]*

KATHARINE H. PARKER
United States Magistrate Judge